```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   9/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MASTACHE-VILCHIS,                              :          18 Civ. 6170 (PGG) (RWL)
                                               :
                              Plaintiff,       :          **ORDER**
                                               :
              - against -                      :
                                               :
HERNANDEZ, et al.,                             :
                                               :
                              Defendants.      :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        By September 21, 2020, the parties shall file a joint letter briefly updating the Court

on the status of the instant matter.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated:        September 11, 2020
              New York, New York

Copies transmitted to all counsel of record.