USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PEDRO MASTACHE-VILCHIS,                    :          18-CV-6170 (PGG) (RWL)
                                           :
                        Plaintiff,         :          **ORDER**
                                           :
            - against -                    :
                                           :
MEDARDO ALVARADO HERNANDEZ, et al.,        :
                                           :
                        Defendants.        :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the October 27, 2020 status conference:

(1)     By **January 29, 2021**, all discovery shall be completed.

(2)     By **March 1, 2021**, the parties shall file either a proposed pretrial order, or

letter(s) requesting to file motion(s) for summary judgment.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:      October 27, 2020
            New York, New York

Copies transmitted to all counsel of record.